Deverie Christensen, Bar # 6596
christensend@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Harrah's Las Vegas, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC YAX, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CAESARS OPERATING COMPANY, INC., HARRAHS LAS VEGAS; a Nevada Corporation; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:14-cv-01503- KJD -GWF<br><br>**ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Eric Yax, by and through his counsel, Esteban-Trinidad Law, P.C., and Defendant Harrah's Las Vegas, LLC, by and through its counsel, Jackson Lewis P.C., that the above entitled matter be dismissed with prejudice, each party to bear their own attorney fees and costs.

| | |
|---|---|
| Dated February 17, 2015 | Dated February 17, 2015 |
| ESTEBAN-TRINIDAD LAW, P.C. | JACKSON LEWIS P.C. |
| */s/ M. Lani Esteban-Trinidad*<br>M. Lani Esteban-Trinidad, Esq.<br>4315 N. Rancho Drive, Suite 110<br>Las Vegas, Nevada 89103<br>*Attorneys for Plaintiff* | */s/ Deverie J. Christensen*<br>Deverie J. Christensen, Esq.<br>3800 Howard Hughes Pky., Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* |

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear their own attorney fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

**IT IS SO ORDERED.**

_____
U.S. District Court Judge
Dated: February 19, 2015

4828-3673-5009, v. 1